**Order entered March 13, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01364-CV

## UHS OF TIMBERLAWN, INC.
## D/B/A TIMBERLAWN PSYCHIATRIC HOSPITAL, Appellant

## V.

## OPAL SMITH, Appellee

### On Appeal from the 101st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-18-19165

### ORDER

Before the Court is appellant's March 12, 2020 second status report and motion requesting a sixty-day extension of time to file its brief on the merits. Appellant explains in its motion that the parties are in the process of obtaining documentation from third parties that is necessary for their settlement agreement. We **GRANT** the motion **to the extent** that appellant shall file its brief, a motion to dismiss the appeal, or a status report by **April 13, 2020**.

/s/    KEN MOLBERG
        JUSTICE